NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SOUTHERN HILLS ACCEPTANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., <br><br> Defendants. | Case No. 8:23-cv-00328-FWS-JDE <br><br> **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE [28]** <br><br> Honorable Fred W. Slaughter <br> United States District Judge |

///

///

///

1

Upon consideration of the Stipulation for Dismissal with Prejudice [28] (the "Stipulation") entered into between Plaintiff Southern Hills Acceptance, Inc. and Defendants the United States Small Business Administration (the "SBA"), Isabella Casillas Guzman, in her official capacity as Administrator of the SBA, and the United States of America, and for good cause shown, the court **ORDERS** the following:

1.  The Stipulation is **GRANTED**;
2.  The above-captioned case is **DISMISSED WITH PREJUDICE**; and
3.  Each party will bear his, her, or its own attorney's fees, costs, and expenses.

**IT IS SO ORDERED**.

Dated: August 11, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE